[No. 12401-3-I. Division One. June 18, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD LEE MATHEWS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-01411-3, Richard M. Ishikawa, J., entered October 27, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Andersen, JJ. Now published at 38 Wn. App. 180.

[No. 12640-7-I. Division One. June 18, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ERCELL JAMES TERRELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-8-02827-6, Herbert M. Stephens, J., entered November 30, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Andersen, JJ. Now published at 38 Wn. App. 187.

[No. 12649-1-I. Division One. June 18, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT MONROE POWERS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 82-1-00712-3, Gerald L. Knight, J., entered November 29, 1982. *Reversed* and *remanded* by unpublished opinion per Scholfield, J., concurred in by Corbett, A.C.J., and Swanson, J.